UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KEYSIGHT TECHNOLOGIES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-232-TAV-CCS |
| | ) | |
| NANOMECHANICS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion for Telephonic Status Conference [Doc. 29], filed by Plaintiff. In its motion, Plaintiff moves the Court to conduct a telephonic status conference to discuss two topics: (1) whether recusal of the Honorable Thomas A. Varlan, Chief United States District Judge, would be appropriate and (2) whether the parties and the Court can develop a procedure for sealing certain information in this case in order to avoid duplicative and repetitive motions to seal.

The Court finds that the Motion for Telephonic Status Conference **[Doc. 29]** is well-taken in part, and it is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Plaintiff's request for a conference with regard to the potential recusal of the Chief District Judge is **DENIED AS MOOT**, because the Chief District Judge has recused himself and this case has been reassigned to the Honorable Pamela L. Reeves, United States District Judge. [See Docs. 30, 31].

2. The Plaintiff's request for a conference to address confidentiality and the need for sealing in this case is **GRANTED**. The parties shall contact the chambers of the undersigned (865.545.4260) to schedule this conference. The parties shall review Rule 26.2 of the Local Rules of the Eastern District of Tennessee prior to participating in this conference.

**IT IS SO ORDERED.**

ENTER:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge